Herbert L. Joseph & Company, Defendant in Error, v. Sidney E. Levy, Plaintiff in Error.

Gen. No. 20,578.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. CHARLES A. WILLIAMS, Judge, presiding. Heard in this court at the October term, 1914. Affirmed. Opinion filed March 8, 1915.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

## Statement of the Case.

Action by Herbert L. Joseph & Company, corporation, against Sidney E. Levy as guarantor on a written contract which provided for certain payments to be made to plaintiff.

The contract involved was, in part, as follows:

"In consideration of the settlement of the account of Mamie Ward, I promise to pay to Herbert L. Joseph & Co. Stock No.————Price $65.00 I hereby agree to pay Herbert L. Joseph & Co., at Chicago, Ill., or their authorized agent, the sum of $65.00 as follows: $5.00 on 6-9-13 down and the balance in wkly installments of $5.00 each, payable on Monday of each and every wk until paid in full."

This was followed by provisions concerning the sale and purchase of and the title and right of possession to "said property." The execution of the contract was in the following form:

"Witness my hand and seal this 4th day of June, 1913.

(Customer)    Mrs. May Baker    (Seal)
        Address 428 S. Morgan......Flat
(Guarantor)    Sidney E. Levy    (Seal)
Address 105 W. Monroe St."

Plaintiff had judgment for $50.50, to reverse which, defendant prosecutes this writ of error.

JOSEPH D. IROSE, for plaintiff in error.

SIDNEY LYON, for defendant in error.

MR. JUSTICE McSURELY delivered the opinion of the court.

### Abstract of the Decision.

1. GUARANTY, § 7*—*what consideration sufficient.* The settlement of the account of the person in whose behalf a guaranty is given with the person receiving the guaranty is a sufficient consideration for the undertaking of the guarantor.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

2.  GUARANTY, § 3*—*when signature of guarantor sufficient.* The signature of a guarantor below and to the left of the signature of the person making a contract is sufficient to make him a guarantor without the addition of other words.

3.  MUNICIPAL COURT OF CHICAGO, § 13*—*when filing of amendment to statement of claim not necessary.* In a case of the fourth class in the Municipal Court of Chicago, where leave is given a plaintiff to amend his statement by increasing the amount claimed, the filing of an actual literal amendment is not necessary to support a finding for the increased amount.